UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>    v.<br><br>PATTERN BRANDS, LLC,<br><br>                Defendant. | Lead Case No. 2:23-cv-00018-AJS |

**NOTICE OF SETTLEMENT**

    PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Pattern Brands, LLC have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff anticipates filing a Notice of Voluntary Dismissal With Prejudice within thirty (30) days of this notice.

Dated: May 1, 2023

*/s/ Kevin Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208

Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 1, 2023, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: May 1, 2023 　　　　　　　　　　　　*/s/ Kevin Tucker*
　　　　　　　　　　　　　　　　　　　　Kevin Tucker